The People of the State of Illinois, Plaintiff-Appellee, *v.* Ricky Williams, Defendant-Appellant.

(No. 60680; )

First District (1st Division)—June 2, 1975.

Opinion by Mr. JUSTICE GOLDBERG.

James J. Doherty, Public Defender, of Chicago (Saul H. Brauner and Thomas F. Finegan, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Laurence J. Bolon and Marcia B. Orr, Assistant State's Attorneys, of counsel), for the People.